No. 99, Misc. FLOWERS *v.* NEBRASKA. Sep. Juvenile Ct., Douglas County. Certiorari denied.

No. 210, Misc. McCLINDON *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *William V. Ballough,* Deputy Attorney General, for respondent.

No. 337, Misc. CONTE *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied. *David B. Salzman* for respondent.

No. 343, Misc. LOVELL *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied. *Russell B. Johnson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for respondent.

No. 408, Misc. McDANIEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 432, Misc. SURITA *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 454, Misc. RAY *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 456, Misc. ENDICOTT *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 458, Misc. DI SILVESTRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.